## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

Case No. CV 16-5223-DOC                                  Date: November 15, 2016
Bankruptcy Case No. 13-26483-NB

Title: IN RE: SAEED COHEN

PRESENT:

### THE HONORABLE DAVID O. CARTER, JUDGE

| Deborah Goltz | Not Present |
|---|---|
| Courtroom Clerk | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANT: |
|---|---|
| None Present | None Present |

### PROCEEDINGS (IN CHAMBERS): ORDER TO SHOW CAUSE

On July 15, 2016, Appellant Fariba Cohen ("Appellant") filed a Notice of Appeal (Dkt. 1).[1] Specifically, she appeals the Bankruptcy Court's June 29, 2016 Order Dismissing Adversary Proceeding. *Id.* at 2.

On September 21, 2016, the Court issued a Notice re: Bankruptcy Record Complete (Dkt. 14). Federal Rule of Bankruptcy Procedure 8018 requires the appellant to serve and file a brief within thirty days after the docketing of the notice that the record has been transmitted or is available electronically, unless the Court has ordered otherwise. *See* Fed. R. Bankr. P. 8018(a)(1). The Court has not ordered otherwise, and Appellant's brief was due on October 21, 2016.

If the appellant fails to file such a brief, the Court may dismiss the appeal on its own motion after notice. *See* Fed. R. Bankr. P. 8018(a)(4). As of this Order, Appellant has failed to file a brief. This Order shall serve as notice of the Court's intent to dismiss this case.

---

[1] The Court notes the Notice of Appeal was filed in the Bankruptcy Court on July 12, 2016 and filed in this Court on July 15, 2016.

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

| | |
|---|---:|
| Case No. CV 16-5223-DOC | Date: November 15, 2016 |
| Bankruptcy Case No. 13-26483-NB | Page 2 |

      Appellant is ORDERED to show cause **on or before November 21, 2016** as to why the Court should not dismiss Case No. 16-5223 for failure to timely file briefing.

      The Clerk shall serve this minute order on the parties.

| | |
|---|---:|
| MINUTES FORM 11<br>CIVIL-GEN | Initials of Deputy Clerk: djg |